FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 08 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
SZAFRAN,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

     v.                             CV 03-2606 (LDW)

SANDATA,

                Defendant.

-------------------------------------------------x

__XX__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff take nothing of defendant and that judgment is hereby entered in favor of defendant and against plaintiff dismissing the complaint with prejudice.

Dated: Central Islip, New York        ROBERT C. HEINEMANN
       August 8, 2005                  Clerk of Court

                                                By: _____
                                                    Josiah Kharjie
                                                    Courtroom Deputy