```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
EMIL SZAFRAN,

                Plaintiff,

        -against-                       MEMORANDUM & ORDER
                                        03-CV-2606(JS)
SANDATA TECHNOLOGIES, INC.,

                Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Sanford F. Young, Esq.
                    Sanford F. Young, P.C.
                    225 Broadway, Suite 2008
                    New York, NY 10007

Defendant:          Martin D. Edel, Esq.
                    Miller & Wrubel, P.C.
                    250 Park Avenue
                    New York, NY 10177
```

SEYBERT, District Judge:

Pending before the Court is Plaintiff Emil Szafan's motion for reconsideration of the Court's February 3, 2010 Memorandum and Order. That motion is DENIED. Plaintiff points to no "controlling decisions or data that the court overlooked" Dennis v. Dep't of Homeland Sec. Bureau of Immigration & Custom Enforcement, No. 09-CV-4513, 2009 U.S. Dist. LEXIS 105621, at *1 (E.D.N.Y. Nov. 10, 2009) (quoting Shrader v. CSX Tramp, Inc., 70 F.3d 255, 257 (2d Cir. 1995). Instead, Plaintiff principally reiterates the arguments he made prior to the Court's February 3 decision. These contentions are well-thought out and are certainly not frivolous. But the Court previously rejected them, in favor of Defendant's more persuasive positions. The Court sees no reason to

change its mind now. Plaintiff is, of course, free to re-raise these arguments should this case reach the appellate level.

SO ORDERED.

_____/s/_____
JOANNA SEYBERT, U.S.D.J.

Dated: May 18, 2010
       Central Islip, New York