UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
EMIL SZAFRAN,

        Plaintiff,   MEMORANDUM & ORDER
               03-CV-2606(JS)
  -against-

SANDATA TECHNOLOGIES, INC.,

        Defendant.
----------------------------------------X
APPEARANCES:
For Plaintiff:  Sanford F. Young, Esq.
       Sanford F. Young, P.C.
       225 Broadway, Suite 2008
       New York, NY 10007

Defendant:   Martin D. Edel, Esq.
       Miller & Wrubel, P.C.
       250 Park Avenue
       New York, NY 10177

SEYBERT, District Judge:

   In response to the Second Circuit's summary order, dated December 2, 2011 and pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court hereby directs the Clerk of the Court to amend the Final Judgment (Docket Entry 219) to include the following language after the words "disbursements to date": "and in favor of the defendant on the quantum meruit claim and the New York labor law claim."

              SO ORDERED.

              /s/ JOANNA SEYBERT_____
              Joanna Seybert, U.S.D.J.

Dated:  December __6__, 2011
     Central Islip, NY